(96 South. 938)

FINNEY v. WOOD. (8 Div. 454.) (Supreme Court of Alabama. May 17, 1923.) Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge. Cooper & Cooper, of Huntsville, for appellant. R. E. Smith and Lanier & Pride, all of Huntsville, for appellee. See, also, 207 Ala. 160, 92 South. 264.

PER CURIAM. Appeal dismissed by appellant.

---

(95 South. 922)

HAMILTON et al. v. SOUTHEASTERN LUMBER CO. et al. (5 Div. 849.) (Supreme Court of Alabama. April 12, 1923.) Appeal from Circuit Court, Elmore County; B. K. McMorris, Judge. Geo. F. Smoot, of Wetumpka, for appellants. Holley & Milner, of Wetumpka, for appellees.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(96 South. 938)

HATCH v. SKINNER. (1 Div. 284.) (Supreme Court of Alabama. May 10, 1923.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. Gaillard, Mahorner & Arnold, of Mobile, for appellant. Jesse F. Hogan, of Mobile, for appellee.

PER CURIAM. Appeal dismissed.

---

(96 South. 941)

HUDGINS v. STATE. (7 Div. 353.) (Supreme Court of Alabama. June 7, 1923.) Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge. J. C. Locke and W. M. Thompson, both of Gadsden, for appel-

lant. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Affirmed.

---

(96 South. 938)

JOHNSON v. WILLIAMS. (4 Div. 40.) (Supreme Court of Alabama. June 7, 1923.) Appeal from Circuit Court, Dale County; J. S. Williams, Judge. Sollie & Sollie, of Ozark, for appellant. Riley & Stokes, of Ozark, for appellee.

PER CURIAM. Appeal dismissed by appellant.

---

(95 South. 922)

JONES et al. v. NICHOLS et al. (8 Div. 397.) (Supreme Court of Alabama. Jan. 30, 1923.) Appeal from Circuit Court, Limestone County; Osceola Kyle, Judge. H. V. Cashin, of Decatur, for appellants. W. R. Walker and Horton & Patton, all of Athens, for appellees.

PER CURIAM. Appeal dismissed.

---

(95 South. 922)

J. R. WATKINS MEDICINE CO. v. PACE et al. (8 Div. 415.) (Supreme Court of Alabama. Jan. 30, 1923.) Appeal from Circuit Court, Franklin County; Charles P. Almon, Judge. Key & Key, of Russellville, for appellant. Wm. L. Chenault, of Russellville, for appellees.

PER CURIAM. Appeal dismissed.

---

(96 South. 939)

LANGSTON v. HYMAN et al. (5 Div. 857.) (Supreme Court of Alabama. June 7, 1923.) Appeal from Circuit Court, Chilton County; George F. Smoot, Judge. J. Osmond Middleton, of Clanton, for appellant. Reynolds & Reynolds, of Clanton, for appellees.

PER CURIAM. Appeal dismissed by appellant.

---

(96 South. 939)

LIVINGSTON v. LIVINGSTON et al. (3 Div. 577.) (Supreme Court of Alabama. June 14, 1923.) Appeal from Circuit Court, Autauga County; B. K. McMorris, Judge.

GARDNER J. It appears that appellant has filed no brief in support of this appeal. Supreme Court rule 13, p. 1509, Code 1907. Let the appeal be dismissed. Appeal dismissed.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.

---

(95 South. 922)

McLENDON et al v. NEWSOME. (6 Div. 662.) (Supreme Court of Alabama. April 17, 1923.) Appeal from Circuit Court, Jefferson County; J. Q. Smith, Judge.

PER CURIAM. Appeal dismissed by appellants.